1  Joseph K. Bravo [SBN:107646]
   **BRAVO & MARGULIES**
2  901 Market Street, Suite 450
   San Francisco, CA 94103
3  Telephone: (415) 512-6700
   Facsimile: (415) 512-6716
4
   Attorneys for Defendants
5  Sonrise Properties, Inc.,
   Alan Khoo,
6  Betty Szeto

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11

12

13 | ANDREW K. LEE, ELLEN GEE, and          | Case No. C 12 5642
14 | MELVIN LOUIE, a.k.a. "CD RECOVERY       |
   | GROUP"                                  | **STIPULATION IN SUPPORT OF THE**
15 |                                         | **EXTENSION OF TIME TO RESPOND TO**
   |         Plaintiffs,                     | **THE COMPLAINT**
16 |
   |         vs.
17 |
   | SONRISE PROPERTIES, INC., a California
18 | Corporation, ALAN KHOO, an individual,
   | BETTY SZETO, an individual, and Does 1 to
19 | 10,
20 |
   |         Defendants.
21

22
23         IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES

24 HERETO, by and through respective counsel of record, that the defendants, Sonrise Properties,

25 Inc., a California Corporation, Alan Khoo, an individual, and Betty Szeto, an individual, shall be

26 granted an extension of time in which to file a response to the complaint. All parties through

27 their respective counsel have agreed to extend the time in which the defendants may respond to

28 the plaintiffs' complaint until January 8, 2013.

Dated: 12/17/2012    By: *Joseph K. Bravo*
Joseph K. Bravo
Attorney For Defendants
Sonrise Properties, Inc.,
Alan Khoo,
Betty Szeto

Dated: 12/17/2012    By: *Ken Avelino*
Kenneth A. Avelino
Attorney For Plaintiffs
Andrew K. Lee
Ellen Gee
Melvin Louie aka "CD Recovery Group"

**APPROVED**
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: December 19, 2012