Joseph K. Bravo [SBN:107646]
**BRAVO & MARGULIES**
901 Market Street, Suite 450
San Francisco, CA  94103
Telephone:  (415) 512-6700
Facsimile:  (415) 512-6716

Attorneys for Defendants
Sonrise Properties, Inc.,
Alan Khoo,
Betty Szeto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW K. LEE, ELLEN GEE, and MELVIN LOUIE, a.k.a. "CD RECOVERY GROUP",<br><br>Plaintiffs,<br><br>vs.<br><br>SONRISE PROPERTIES, INC., a California Corporation, ALAN KHOO, an individual, BETTY SZETO, an individual, and Does 1 to 10,<br><br>Defendants. | Case No. C 12  5642<br><br>**STIPULATION IN SUPPORT OF THE EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, by and through respective counsel of record, that the defendants, Sonrise Properties, Inc., a California Corporation, Alan Khoo, an individual, and Betty Szeto, an individual, shall be granted an extension of time in which to file a response to the complaint. All parties through their respective counsel have agreed to extend the time in which the defendants may respond to the plaintiffs' complaint until January 8, 2013.

Dated: 12/17/2012          By: /s/ Joseph K. Bravo
                               Joseph K. Bravo
                               Attorney For Defendants
                               Sonrise Properties, Inc.,
                               Alan Khoo,
                               Betty Szeto

Dated: 12/17/2012          By: /s/ Ken Avelino
                               Kenneth A. Avelino
                               Attorney For Plaintiffs
                               Andrew K. Lee
                               Ellen Gee
                               Melvin Louie aka "CD
                               Recovery Group"

Dated: December 19, 2012

**APPROVED**
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA