UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW K. LEE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONRISE PROPERTIES, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-05642-JST<br><br>**MINUTE ORDER NOTING THAT VOLUNTARY DISMISSAL IS INEFFECTIVE**<br><br>Re: ECF No. 29 |

    Plaintiffs have submitted a "Notice of Voluntary Dismissal," which is not signed by any Defendants. ECF No. 29. Defendants have filed answers in this case. ECF No. 19-21. Therefore, Plaintiffs may not voluntarily dismiss this action without either seeking leave of Court or submitting a stipulation of dismissal that is "signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a).

**IT IS SO ORDERED.**

Dated: October 17, 2013

                                                     JON S. TIGAR<br>                                                United States District Judge