UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW K. LEE, et al., | Case No. 12-cv-05642-JST |
|---|---|
| Plaintiffs, | **MINUTE ORDER NOTING THAT VOLUNTARY DISMISSAL IS INEFFECTIVE** |
| v. | |
| SONRISE PROPERTIES, INC., et al., | Re: ECF No. 29 |
| Defendants. | |

Plaintiffs have submitted a "Notice of Voluntary Dismissal," which is not signed by any Defendants. ECF No. 29. Defendants have filed answers in this case. ECF No. 19-21. Therefore, Plaintiffs may not voluntarily dismiss this action without either seeking leave of Court or submitting a stipulation of dismissal that is "signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a).

**IT IS SO ORDERED.**

Dated: October 17, 2013



JON S. TIGAR
United States District Judge